## Case No. 7,084.

IRWIN v. HENDERSON et al.

[2 Cranch, C. C. 167.] [1]

Circuit Court, District of Columbia. April Term, 1819.

Mr. Jones, for plaintiff,

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT, however, (THRUSTON, Circuit Judge, absent,) was of opinion, that by demurring to the plea, the plaintiff had waived his right to move to strike out the plea for that cause; but gave no opinion whether it would have been good cause for striking out the plea if the motion had been made before the demurrer.

THE COURT gave judgment for the plaintiff upon the demurrer, being of opinion that where an execution has been returned, there is no limitation to the revival of the judgment.